**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Bruce Lee JOHNSON, Defendant—
Appellant.**

**No. 10–6271.**

United States Court of Appeals,
Fourth Circuit.

Submitted: July 20, 2010.

Decided: Aug. 11, 2010.

Bruce Lee Johnson, Appellant Pro Se. William E. Day, II, Rose Mary Sheppard Parham, Assistant United States Attorneys, Florence, South Carolina, for Appellee.

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bruce Lee Johnson appeals the district court's order granting his 18 U.S.C. § 3582(c) (2006) motion. We have reviewed the record and find no reversible error. *See Dillon v. United States*, —— U.S. ——, 130 S.Ct. 2683, 177 L.Ed.2d 271 (2010); *United States v. Dunphy*, 551 F.3d 247, 250–52 (4th Cir.2009). Accordingly, we affirm for the reasons stated by the district court. *United States v. Johnson*, No. 4:02–cr–00579–CWH–2 (D.S.C. Feb. 1, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*